THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMIE DAVIES, | : |
| Plaintiff, | : |
| v. | : 1:23-CV-941 |
| | : (JUDGE MARIANI) |
| MARTIN O'MALLEY, | : |
| Commissioner of Social Security, | : |
| Defendant. | : |

**ORDER**

AND NOW, THIS 28th DAY OF JUNE, 2024, upon review of Magistrate Judge Daryl Bloom's Report & Recommendation ("R&R") (Doc. 15) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 15) is **ADOPTED** for the reasons set forth therein.

2. Plaintiff's Appeal is **DENIED**.

3. The Commissioner of Social Security's decision is **AFFIRMED**.

4. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge